UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 06-20156

v.                                                Honorable Nancy G. Edmunds

ALAN SAIN,

        Defendant.

_____/

**ORDER DENYING DEFENDANT'S LETTER REQUEST [51]**

On August 9, 2020, Defendant Alan Sain, thru counsel, filed an emergency motion to reduce sentence under 18 U.S.C. § 3582(c). (ECF No. 38.) The Court issued an order denying Defendant's motion for compassionate release on September 3, 2020. (ECF No. 48.) Defendant, thru counsel, then moved for reconsideration of that order. (ECF No. 49.) Defendant's motion for reconsideration was also denied by the Court. (ECF No. 50.) The matter is now before the Court on Defendant's pro se letter request. (ECF No. 51.) Defendant states that after his attorney handled his compassionate release motion, he indicated he would prepare a Rule 60(b) motion but Defendant never heard back from him. Defendant now asks the Court to hold this case in abeyance so that he can find a new lawyer to file a Rule 60(b) motion.

The Court first notes that after its denial of Defendant's motion for compassionate release, counsel did file a motion for reconsideration on Defendant's behalf, which was also denied by this Court. But even if counsel had indicated he would represent Defendant in seeking further relief but failed to do so, this case is closed and there are no

1

pending motions before the Court which may be held in abeyance. Accordingly, Defendant's letter request is DENIED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: April 29, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 29, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager